# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

11.      DANIEL HARRIS,
            a/k/a "Pony Tail,"
            a/k/a "PT,"

      Defendant.

---

## ORDER GRANTING MOTION TO EXCUSE APPEARANCE

---

Before the Court is Defendant Harris's Motion to Excuse Appearance and Pleas of Not Guilty. The Court having considered this motion and its premises, ORDERS that the Motion to Excuse Appearance [Filed June 9, 2008; Docket #488] is **granted**. Defendant Daniel Harris's pleas of not guilty are accepted. Nevertheless, Defendant must still appear before the Court for an initial appearance and advisement of his rights. Such appearance is set for Monday, **June 16, 2008 at 10:30 a.m.** If this date is not convenient, counsel should contact the Criminal Division of the Clerk of the Court to reschedule the initial appearance.

Dated at Denver, Colorado, this 12th day of June, 2008.

BY THE COURT:


 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge