IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11. DANIEL HARRIS, a/k/a P.T., a/k/a "Pony Tail,"

    Defendant.

## ORDER TO DISMISS REMAINING COUNTS OF THE INDICTMENT

Upon consideration of the Government's Motion to Dismiss Remaining Counts of the Superseding Indictment, and for good cause shown, it is hereby

ORDERED that Government's Motion to Dismiss Counts (Remaining Counts of the Superseding Indictment) (ECF Doc. #1036), filed June 16, 2011, is **GRANTED.** It is further

ORDERED that all of the remaining counts of the Superseding Indictment dated June 4, 2008, with the exception of Count Two, be dismissed as to Defendant Daniel Harris only.

Dated: June 27, 2011.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE