IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.   DANIEL HARRIS, a/k/a P.T., a/k/a "Pony Tail,"

    Defendant.

---

ORDER GRANTING GOVERNMENT'S MOTION FOR DEFENDANT
TO RECEIVE THE THIRD LEVEL FOR ACCEPTANCE OF
RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b)

---

THIS MATTER comes before the Court on the Government's referenced Motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

ORDERED that Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. § 3E1.1(b) (ECF Doc. #1037), filed June 16, 2011, is **GRANTED.**  It is further

ORDERED that this Defendant shall receive a three level decrease in offense level for acceptance of responsibility under the provisions of §3E1.1 of the Sentencing Guidelines.

Dated: June 27, 2011.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE