UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

4. BRIAN HICKS
11. DANIEL HARRIS,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     On or before **Wednesday, August 31, 2011**, the Government and counsel for Defendant Daniel Harris shall each separately file a response to Defendant Brian Hick's Motion and Brief in Support of CJA 24 Transcript Request [ECF No. 1085].

     Dated:  August 22, 2011.